IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Faulkner, Carl H | Case Number: 04 B 36140 |
| | Judge: Squires, John H |
| Printed: 2/19/08 | Filed: 9/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: November 10, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 75,418.00 | |
| Secured: | | 21,040.65 |
| Unsecured: | | 47,329.11 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 3,798.24 |
| Other Funds: | | 1,150.00 |
| Totals: | 75,418.00 | 75,418.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,100.00 | 2,100.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 1,032.82 | 1,032.82 |
| 5. | General Motors Acceptance Corp | Secured | 19,628.21 | 19,628.21 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 379.62 | 379.62 |
| 7. | Dell Financial Services, Inc | Unsecured | 724.41 | 837.32 |
| 8. | General Motors Acceptance Corp | Unsecured | 9,773.35 | 11,297.23 |
| 9. | Resurgent Capital Services | Unsecured | 10,397.53 | 12,018.71 |
| 10. | Portfolio Recovery Associates | Unsecured | 4,940.30 | 5,710.60 |
| 11. | ECast Settlement Corp | Unsecured | 8,103.85 | 9,367.42 |
| 12. | Sherman Acquisition | Unsecured | 7,005.52 | 8,097.83 |
| 13. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | $ 64,085.61 | $ 70,469.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 611.13 |
| 4% | 247.55 |
| 3% | 185.67 |
| 5.5% | 1,021.19 |
| 5% | 309.46 |
| 4.8% | 594.13 |
| 5.4% | 829.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Faulkner, Carl H

Printed:  2/19/08

Case Number:  04 B 36140
Judge:  Squires, John H
Filed:  9/29/04

_____
$ 3,798.24

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____